NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BILLY McFADDEN, DOC #B03255,  )
  )
      Appellant,  )
  )
v.  )  Case No. 2D19-131
  )
STATE OF FLORIDA,  )
  )
      Appellee.  )
_____ )

Opinion filed September 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Ramiro Manalich,
Judge.

Billy McFadden, pro se.


PER CURIAM.


Affirmed.


CASANUEVA, BADALAMENTI, and SMITH, JJ., Concur.